No. 551. LOTT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John H. Crooker, Leroy Denman Moody, C. Anthony Friloux, Jr., Joe S. Moss, C. W. Wellen* and *William M. Ryan* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John P. Burke* for the United States.

No. 553. ASSOCIATED TELEPHONE & TELEGRAPH CO. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *John J. Boland, Theodore F. Brophy, Robert Adelson* and *Robert P. Adelman* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Roberts* and *Harold C. Wilkenfeld* for the United States. *George E. Cleary* for Commerce & Industry Association of New York, Inc., as *amicus curiae,* in support of the petition.

No. 555. SWALLOW *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 556. BRIDGEPORT FEDERAL SAVINGS & LOAN ASSN. *v.* FEDERAL HOME LOAN BANK BOARD ET AL. C. A. 3d Cir. Certiorari denied. *William B. Koch* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the Federal Home Loan Bank Board, and *Henry W. Sawyer III* and *Raymond K. Denworth* for Quaker City Federal Savings & Loan Assn., respondents.

No. 557. FLORA CONSTRUCTION CO. *v.* FIREMAN'S FUND INSURANCE CO. ET AL. C. A. 10th Cir. Certiorari denied.